**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRITTNEY COOPER, | Case No.: C 11-3268 PSG |
| Plaintiff, | **ORDER GRANTING REQUESTS TO APPEAR BY TELEPHONE** |
| v. | |
| STARBUCKS CORPORATION, | (Re: Docket Nos. 14 and 15) |
| Defendant. | |

On July 21, 2011, counsel for Plaintiff and counsel for Defendant filed requests to appear telephonically at the case management conference set for July 26, 2011. Based on the requests and the file herein,

IT IS HEREBY ORDERED that the requests are GRANTED. Counsel for Plaintiff and counsel for Defendant shall make arrangements by contacting Oscar Rivera, courtroom deputy to the undersigned.

Dated: July 22, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-3268 PSG
ORDER