UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRITNEY COOPER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STARBUCKS CORPORATION,<br><br>　　　　Defendant. | Case No.: C 11-03268 PSG<br><br>**CASE MANAGEMENT ORDER** |

　　　On July 26, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

　　　IT IS HEREBY ORDERED that the parties shall appear for a further status conference on Tuesday, August 30, 2011 at 2 p.m. The parties shall submit a joint status conference statement no later than August 23, 2011. All discovery is stayed until the August 30th status conference.

Dated: July 26, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER