AKIN GUMP STRAUSS HAUER & FELD LLP
CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
MARK R. CURIEL (SBN 222749)
JEREMY F. BOLLINGER (SBN 240132)
cconway@akingump.com
gknopp@akingump.com
mcuriel@akingump.com
jbollinger@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:    310-229-1000
Facsimile:     310-229-1001

Attorneys for Defendant Starbucks Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRITTNEY COOPER, an individual, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. CV 11-03268 PSG<br><br>**STIPULATION TO TRANSFER CASE TO THE CENTRAL DISTRICT OF CALIFORNIA AND [PROPOSED] ORDER THEREON**<br><br>Date Action Filed:    May 24, 2011<br><br>Date Action Removed:   July 1, 2011 |

1  Plaintiff Brittney Cooper ("Plaintiff") and Defendant Starbucks Corporation ("Defendant"), by and through their respective counsel, enter into a Stipulation to Transfer this Case to the Central District of California based upon the following facts:

2. 1. On September 2, 2011, Defendant filed a motion to dismiss or, in the alternative, to transfer this action to the Central District of California. Defendant's motion was scheduled for hearing on October 11, 2011. Defendant contends that the case of *York v. Starbucks Corporation*, Case No. 08-CV-07919, which has been pending in the Central District since December 2, 2008, includes the same claims asserted by Plaintiff and the same putative class Plaintiff seeks to represent.

3. 2. Having reviewed the motion, and to avoid unnecessary motion practice, Plaintiff has offered to stipulate to the transfer to the Central District. The parties agree that transfer is proper under 28 U.S.C. § 1441(a) because this action could have been brought in the Central District, judicial economy favors a transfer, and a transfer would promote convenience for the parties and witnesses.

///

THEREFORE, THE PARTIES HEREBY STIPULATE that the October 11, 2011 hearing be taken off calendar, and this action be transferred to the Central District.

**IT IS SO STIPULATED.**

Dated: September 16, 2011

AKIN GUMP STRAUSS HAUER & FELD LLP
Catherine A. Conway
Gregory W. Knopp
Mark R. Curiel
Jeremy F. Bollinger

By  /s/ *Mark R. Curiel*
  Mark R. Curiel
  Attorneys for Defendant
  STARBUCKS CORPORATION

Dated: September 16, 2011

BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal
Kyle R. Nordrehaug
Aparajit Bhowmik

By  /s/ *Kyle R. Nordrehaug*
  Kyle R. Nordrehaug
  Attorneys for Plaintiff
  BRITTNEY COOPER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 23, 2011   By  *Paul S. Grewal*
  Hon. Paul S. Grewal
  Magistrate Judge of the
  United States District Court

---

2   Case No. CV 11-03268 PSG
STIPULATION TO TRANSFER CASE TO THE CENTRAL DISTRICT OF CALIFORNIA AND [PROPOSED] ORDER THEREON

101476703

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, CA 90067. On September 16, 2011, I served the foregoing document(s) described as: **STIPULATION TO TRANSFER CASE TO THE CENTRAL DISTRICT OF CALIFORNIA AND [PROPOSED] ORDER THEREON** on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 16, 2011 at Los Angeles, California.

Rebecca McNew
[Print Name of Person Executing Proof]

[Signature]