1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   CATHERINE A. CONWAY (SBN 98366)
2  GREGORY W. KNOPP (SBN 237615)
   MARK R. CURIEL (SBN 222749)
3  JEREMY F. BOLLINGER (SBN 240132)
   cconway@akingump.com
4  gknopp@akingump.com
   mcuriel@akingump.com
5  jbollinger@akingump.com
   2029 Century Park East, Suite 2400
6  Los Angeles, California 90067
   Telephone:      310-229-1000
7  Facsimile:      310-229-1001

8  Attorneys for Defendant Starbucks Corporation

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13
   | BRITTNEY COOPER, an individual, on behalf of herself and all persons similarly situated, | Case No. CV 11-03268 PSG |
   |---|---|
   | Plaintiff, | **STIPULATION TO TRANSFER CASE TO THE CENTRAL DISTRICT OF CALIFORNIA AND** [PROPOSED] **ORDER THEREON** |
   | v. | |
   | STARBUCKS CORPORATION, a Washington Corporation; and DOES 1 through 50, inclusive, | Date Action Filed:   May 24, 2011 |
   | Defendant. | Date Action Removed: July 1, 2011 |

1 | Plaintiff Brittney Cooper ("Plaintiff") and Defendant Starbucks Corporation ("Defendant"), by
2 | and through their respective counsel, enter into a Stipulation to Transfer this Case to the Central
3 | District of California based upon the following facts:
4 |     1.    On September 2, 2011, Defendant filed a motion to dismiss or, in the alternative, to
5 | transfer this action to the Central District of California. Defendant's motion was scheduled for hearing
6 | on October 11, 2011. Defendant contends that the case of *York v. Starbucks Corporation*, Case No. 08-
7 | CV-07919, which has been pending in the Central District since December 2, 2008, includes the same
8 | claims asserted by Plaintiff and the same putative class Plaintiff seeks to represent.
9 |     2.    Having reviewed the motion, and to avoid unnecessary motion practice, Plaintiff has
10 | offered to stipulate to the transfer to the Central District. The parties agree that transfer is proper under
11 | 28 U.S.C. § 1441(a) because this action could have been brought in the Central District, judicial
12 | economy favors a transfer, and a transfer would promote convenience for the parties and witnesses.
13 | ///

THEREFORE, THE PARTIES HEREBY STIPULATE that the October 11, 2011 hearing be taken off calendar, and this action be transferred to the Central District.

**IT IS SO STIPULATED.**

Dated: September 16, 2011

AKIN GUMP STRAUSS HAUER & FELD LLP
Catherine A. Conway
Gregory W. Knopp
Mark R. Curiel
Jeremy F. Bollinger

By _____/s/ Mark R. Curiel_____
Mark R. Curiel
Attorneys for Defendant
STARBUCKS CORPORATION

Dated: September 16, 2011

BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal
Kyle R. Nordrehaug
Aparajit Bhowmik

By _____/s/ Kyle R. Nordrehaug_____
Kyle R. Nordrehaug
Attorneys for Plaintiff
BRITTNEY COOPER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 23, 2011       By_____Paul S. Grewal_____
Hon. Paul S. Grewal
Magistrate Judge of the
United States District Court

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, CA 90067. On September 16, 2011, I served the foregoing document(s) described as: **STIPULATION TO TRANSFER CASE TO THE CENTRAL DISTRICT OF CALIFORNIA AND [PROPOSED] ORDER THEREON** on the interested party(ies) below, using the following means:

> **All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 16, 2011 at Los Angeles, California.

Rebecca McNew
[Print Name of Person Executing Proof]                    [Signature]

3                                    Case No. CV 11-03268 PSG
STIPULATION TO TRANSFER CASE TO THE CENTRAL DISTRICT OF CALIFORNIA AND [PROPOSED] ORDER THEREON

101476703